FILED

2010 Jul-28  PM 02:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| FLOYD JONES, JR., as the personal representative of the Estate of TRAVORIS HOOD, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. CV-09-S-1294-NE |
| CITY OF DECATUR, ALABAMA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

In accordance with the memorandum opinion entered contemporaneously herewith, the motion to dismiss filed by the City of Decatur (doc. no. 22) is GRANTED as to plaintiff's § 1983 claim, but DENIED as to plaintiff's state law claim for wrongful death.  Accordingly, the § 1983 claim against the City of Decatur is DISMISSED.

The motion to dismiss filed by defendants Kenneth Collier, Joel Gilliam, Christopher Matthews, and Michael Harvey (doc. no. 24) is GRANTED in part and DENIED in part.  All of plaintiff's claims against defendants Kenneth Collier, Joel Gilliam, and Christopher Matthews are DISMISSED with prejudice.  Costs are taxed to plaintiff.  Further, plaintiff's claims against defendant Michael Harvey *in his*

*supervisory capacity* also are DISMISSED.

The motion to dismiss filed by defendants Michael Harvey, Sharon Latham, Eric Brown, and Vernon Davis (doc. no. 26) is GRANTED in part and DENIED in part. The motion is granted as to plaintiff's § 1983 claims against defendants Sharon Latham and Eric Brown, and those claims are dismissed, but it is DENIED as to plaintiff's claims against defendants Michael Harvey (in his capacity as a jailer) and Vernon Davis.

In summary, the following claims against the following defendants remain pending:

1.  Plaintiff's state law claim for wrongful death against the defendant City of Decatur.

2.  Plaintiff's § 1983 claims and state law claims for wrongful death against defendant Michael Harvey, in his role as a jailer.

3.  Plaintiff's § 1983 claims and state law claims for wrongful death against defendant Vernon Davis.

4.  Plaintiff's state law claim for wrongful death against defendant Sharon Latham.

5.  Plaintiff's state law claim for wrongful death against defendant Eric Brown.

DONE and ORDERED this 28th day of July, 2010.

_____
United States District Judge